[Nos. 31422-7-III; 31423-5-III;    Division Three.    September 4, 2014.]
     31424-3-III; 31425-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. BRYER DUSTIN LOEW, *Appellant*.

Appeals from a judgment of the Superior Court for Stevens County, No. 12-8-00074-3, Allen Nielson, J., entered January 23, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31494-4-III.    Division Three.    September 4, 2014.]

DIANA S. SHELBY, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-2-00641-6, Carrie L. Runge, J., entered March 5, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo, J., and Knodell, J. Pro Tem.

[No. 31531-2-III.    Division Three.    September 4, 2014.]

DANNY DeASIS, *Appellant*, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF YAKIMA (YMCA), *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-2-00862-0, Richard H. Bartheld, J., entered February 15, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.